# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**  **CASE NO: 6:15-cr-185-Orl-41DAB**
 **6:15-cr-189-Orl-41DAB**

**MICHAEL TODD WATTERS**

## REPORT AND RECOMMENDATION

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:** Motion for Leave to Appeal In Forma Pauperis (Doc. No. 15 in 15cr185 and Doc. No. 17 in 15cr189)
>
> **FILED:** June 27, 2016
>
> ---
>
> **THEREON** it is respectfully recommended that the motions be **DENIED**. The orders appealed from is not appealable to the 11th Circuit.

**RECOMMENDED** in Orlando, Florida on July 8, 2016.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
Counsel for Defendant