UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                              **Case No: 6:15-cr-185-Orl-41DAB**

**MICHAEL TODD WATTERS**
_____/

**ORDER**

THIS CAUSE is before the Court on Defendant's Motion to Proceed *in Forma Pauperis* (Doc. 15), wherein Defendant seeks leave to appeal the denial of his Petition for Order to Release and Transport (Doc. 9). United States Magistrate Judge David A. Baker issued a Report and Recommendation (Doc. 17), which recommends that Defendant's motion be denied because the Order Defendant seeks to appeal is not appealable.

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 17) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion to Proceed *in Forma Pauperis* (Doc. 15) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on August 8, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party